UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

Dorvilus, et al.,

                      Plaintiff,

    -against-

Wing Nuts of New York, LLC, et al.,

                    Defendants.

------------------------------------x

11 Civ. 2680

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 15 2011

GEORGE B. DANIELS, District Judge:

      With the consent of the parties, the Clerk of the Court is ordered to reassign this case to the White Plains Courthouse pursuant to Local Rule 19.

Dated: June 13, 2010
       New York, New York

                                              SO ORDERED:

                                              GEORGE B. DANIELS
                                              United States District Judge