UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
DORVILUS, ET AL.                                    Docket  Number: 11 CV 2680 (CS)

        -against-                                    NOTICE OF REASSIGNMENT
                                                              (WHITE PLAINS)
WING NUTS OF NY
--------------------------------------------------------

       The above-entitled action is:

---

[ X   ]Reassigned to the Hon. CATHY SEIBEL (CS)
      〔 X 〕 Designated / [    ] Redesignated Hon.  GEORGE A. YANTHIS (GAY),
      Magistrate Judge

---

[    ] Reassigned Referral to Hon.                          ,Magistrate Judge

---

[    ] Reassigned Designation to Hon.                          ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket
number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice
of Reassignment on all defendants.

                                        Ruby J. Krajick
                                        Clerk of Court

 Dated: 06/16/2011                              By:      PHYLLIS ADAMIK
                                                Deputy Clerk